FILED

11/12/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0448

Albert R. Batterman
Batterman Law Offices, P.C.
P.O. Box 985
Baker, MT 59313
Telephone: (406) 778-3006
Facsimile: (406) 778-3007
Attorney for the Appellant
E-mail: rbatterman@midrivers.com

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 21-0448

| | |
|---|---|
| JUANITA KINNEY and IMR, INC., | |
| Plaintiff/Appellee, | ORDER ON |
| v. | MOTIN TO CONTINUE DEADLINE FOR FILING |
| ROBERT KINNEY, | OPENING BRIEF |
| Defendant/Appellant. | |

**UPON REVIEW** of the Motion and good cause appearing therein, the time

for the Appellant's Opening Brief is extended to December 12, 2021.

DATED this _____ day of _____, 2021.

_____
Justice, Montana Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
November 12 2021